UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
PALACE EXPLORATION COMPANY, OIL AND :
GAS TITLE HOLDING CORP., THE BISTATE   :   Case No.: 07 CV 6608 (DC)
OIL DISTRIBUTION CORP., and B&R        :
EXPLORATION CO., INC.,                 :
                                       :   **NOTICE OF DISMISSAL**
                     Plaintiffs,       :   **WITHOUT PREJUDICE**
                                       :
   - against -                         :
                                       :
RODA DRILLING COMPANY, RODA, LLC,      :
ROLAND ARNALL, DAWN ARNALL, and THE    :
ROLAND AND DAWN ARNALL LIVING          :
TRUST,                                 :
                                       :
                     Defendants.       :
                                       :
-------------------------------------------------------------x

TO:   Defendants RoDa Drilling Company, RoDa, LLC, Roland Arnall, Dawn Arnall, and The

      Roland and Dawn Arnall Living Trust (collectively, "Defendants"):

      Notice is hereby given that Palace Exploration Company, Oil and Gas Title Holding

Corp., The Bistate Oil Distribution Corp. and B&R Exploration Co., Inc., the above-named

Plaintiffs, hereby dismiss the above-entitled action without prejudice pursuant to Rule 41(a)(1)(i)

of the Federal Rules of Civil Procedure.

      Plaintiffs file this notice of dismissal with the Clerk of Court prior to service by

Defendants of an answer or a motion for summary judgment. Dismissal under Rule 41(a)(1) without prejudice is therefore proper.

Dated: New York, New York
August 21 2007

                                      ARKIN KAPLAN RICE LLP

                                      By: _____
                                          Stanley S. Arkin (SA 1373)
                                          Michelle A. Rice (MR 4254)
                                          Lisa C. Solbakken (LS 8910)
                                          590 Madison Avenue, 35th floor
                                          New York, New York 10022
                                          (212) 333-0200

                                      *Attorneys for Plaintiffs*