```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 5/27/07              │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :
PALACE EXPLORATION COMPANY, OIL AND :
GAS TITLE HOLDING CORP., THE BISTATE      :     Case No.: 07 CV 6608 (DC)
OIL DISTRIBUTION CORP., and B&R           :
EXPLORATION CO., INC.,                    :
                                          :     **NOTICE OF DISMISSAL**
                              Plaintiffs, :     **WITHOUT PREJUDICE**
                                          :
        - against -                       :
                                          :
RODA DRILLING COMPANY, RODA, LLC,         :
ROLAND ARNALL, DAWN ARNALL, and THE :
ROLAND AND DAWN ARNALL LIVING             :
TRUST,                                    :
                                          :
                              Defendants. :
                                          :
------------------------------------------------------------x

TO:     Defendants RoDa Drilling Company, RoDa, LLC, Roland Arnall, Dawn Arnall, and The

        Roland and Dawn Arnall Living Trust (collectively, "Defendants"):

        Notice is hereby given that Palace Exploration Company, Oil and Gas Title Holding

Corp., The Bistate Oil Distribution Corp. and B&R Exploration Co., Inc., the above-named

Plaintiffs, hereby dismiss the above-entitled action without prejudice pursuant to Rule 41(a)(1)(i)

of the Federal Rules of Civil Procedure.

        Plaintiffs file this notice of dismissal with the Clerk of Court prior to service by

*It is hereby ORDERED that this case
Is dismissed without prejudice pursuant
to Fed. R. Civ. P. 41(a)(1)(i).
the Clerk of the Court shall close the ~~clos~~
case.*

*SO ORDERED.*

*USDJ*                              *8/27/07*

Defendants of an answer or a motion for summary judgment. Dismissal under Rule 41(a)(1)

without prejudice is therefore proper.

Dated: New York, New York
August 21 2007

ARKIN KAPLAN RICE LLP

By: _____
Stanley S. Arkin (SA 1373)
Michelle A. Rice (MR 4254)
Lisa C. Solbakken (LS 8910)
590 Madison Avenue, 35th floor
New York, New York 10022
(212) 333-0200

*Attorneys for Plaintiffs*

2